UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN JENKINS,

               Plaintiff,

       -against-

DOE,

               Defendant.

25-CV-7961 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Clerk of Court is directed to terminate Plaintiff's motion opposing Defendant's motion for summary judgment. (ECF 6.) Defendant has not appeared in this case or filed a motion for summary judgment. Plaintiff's motion is therefore premature.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 22, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                     Chief United States District Judge